IN THE CIRCUIT COURT OF BUCHANAN COUNTY, MISSOURI

| | |
|---|---|
| BRENDA DAVIS and<br>FREDERICK STUFFLEBEAN,<br><br>   Plaintiffs,<br><br>vs.<br><br>BUCHANAN COUNTY, MISSOURI, et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: 17BU-CV01247<br>)<br>)<br>)<br>)<br>) |

## JOINT NOTICE OF REMOVAL TO FEDERAL COURT

To: Clerk of the Circuit Court
   Circuit Court of Buchanan County, Missouri
   5th Judicial Circuit
   411 Jules Street
   St. Joseph, MO 64501

   Michelle D. Carpenter
   Kranitz, Sadoun & Carpenter, P.C.
   825 Francis Street
   P.O. Box 968
   St. Joseph, MO 64501

   Pamela K. Blevins
   Law Office of Pam Blevins, LLC
   510 N. 4th Street
   St. Joseph, MO 64501
   *Attorneys for Plaintiffs*

   You are hereby notified that the above-captioned action has been removed from the Circuit Court of Buchanan County, Missouri to the United States District Court for the Western District of Missouri on the 8th day of May, 2017.

   A copy of the Joint Notice of Removal filed in the United States District Court for the Western District of Missouri, is attached hereto as **Exhibit 1**, pursuant to 28 U.S.C. § 1446(d).



1

{O0335113}

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP


/s/ David S. Baker
David S. Baker                             #30347
9229 Ward Parkway, Suite 370
Kansas City, MO 64114
816-523-4667, Ext. 121; Fax: 816-523-5667
dbaker@fisherpatterson.com

and


/s/ Tracee L. Norfleet
Tracee L. Norfleet                         #59930
51 Corporate Woods, Suite 300
9393 W. 110th Street
Overland Park, KS 66210
(913) 339-6757; Fax (913) 339-6187
tnorfleet@fisherpatterson.com
*Attorneys for Defendants Buchanan County Missouri, Harry Roberts, Dan Hausman, Ron Hook, Mike Strong, Jody Hovey, Brian Gross, Natalie Bransfield and Dustin Nauman*


/s/ John R. Hicks
John R. Hicks                              #53584
Norris, Keplinger L.L.C.
Bldg. 32, Suite 750
9225 Indian Creek Parkway
Overland Park, Kansas 66210
*Attorneys for Defendants Advanced Correctional Healthcare, Catherine M. Van Voorn, MD, and Ann Marie Slagle, LPN*


/s/ Roger W. Slead
Roger W. Slead                             #37230
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108
*Attorneys for Defendants Corizon Health, Inc. and Donna D. Euler, RN*

2

/s/ Diane Peters
Diane Peters #54784
Assistant Attorney General
Attorney General's Office
615 E. 13th Street, Suite 401
Kansas City, MO 64106
*Attorney for Defendant Warden Ryan Crews*

3

{O0335113}

Case 5:17-cv-06058-NKL   Document 1-1   Filed 05/08/17   Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2017, I electronically filed the foregoing with the Clerk of the Circuit Court of Buchanan County, Missouri. I further certify that I have caused to be served on the following a true and correct copy of the foregoing by depositing same in the United States Mail, postage prepaid:

Michelle D. Carpenter
Kranitz, Sadoun & Carpenter, P.C.
825 Francis Street
P.O. Box 968
St. Joseph, MO 64501

Pamela K. Blevins
Law Office of Pam Blevins, LLC
510 N. 4th Street
St. Joseph, MO 64501
*Attorneys for Plaintiffs*

/s/ Tracee L. Norfleet
Tracee L. Norfleet                    #59930