

# IN THE 5TH JUDICIAL CIRCUIT COURT, BUCHANAN COUNTY, MISSOURI

| Judge or Division:<br>DANIEL F KELLOGG | Case Number: 17BU-CV01247 |
|---|---|
| Plaintiff/Petitioner:<br>BRENDA DAVIS ET AL<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MICHELLE CARPENTER<br>825 FRANCIS ST<br>ST JOSEPH, MO 64504 |
| Defendant/Respondent:<br>BUCHANAN COUNTY, MISSOURI ET AL | Court Address:<br>BUCHANAN CO COURTHOUSE<br>411 JULES ST<br>SAINT JOSEPH, MO 64501<br>STATUS REVIEW HEARING DATE: 7-14-17<br>@ 8:30AM, DIV 4 |
| Nature of Suit:<br>CC Wrongful Death | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: BUCHANAN COUNTY, MISSOURI
Alias:
SERVE: COUNTY COMMISSIONER
411 JULES STREET, ROOM 122
ST. JOSEPH, MO 64501

COURT SEAL OF
BUCHANAN COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_Thursday, April 06, 2017_        /s/K. DOBOSZ, Deputy Clerk
            Date                                    Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☑ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent. _Ron Hook_
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____

Served at _411 Jules_ (address)
in _Buchanan_ (County/City of St. JOSEPH), MO, on _5-3-2017_ (date) at _2:12pm_ (time).
_Lorrie Hudson_                _Lorrie Hudson_
Printed Name of Sheriff or Server        Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _3rd May 2017_ (date).
My commission expires: _11-29-2020_        _Tracy Jean Curtis_
                                    Date                Notary Public

TRACY JEAN CURTIS
My Commission Expires
November 29, 2020
Andrew County
Commission #12419302

Sheriff's Fees
Summons            $
Non Est            $
Sheriff's Deputy Salary
Supplemental Surcharge    $ 10.00
Mileage            $ (___ miles @ $.___ per mile)
Total            $

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Case 5:17-cv-06058-NKL    Document 1-3    Filed 05/08/17    Page 1 of 15

**EXHIBIT 3**



# IN THE 5TH JUDICIAL CIRCUIT COURT, BUCHANAN COUNTY, MISSOURI

| Judge or Division:<br>DANIEL F KELLOGG | Case Number: 17BU-CV01247 |
|---|---|
| Plaintiff/Petitioner:<br>BRENDA DAVIS ET AL<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MICHELLE CARPENTER<br>825 FRANCIS ST<br>ST JOSEPH, MO 64504 |
| Defendant/Respondent:<br>BUCHANAN COUNTY, MISSOURI ET AL | Court Address:<br>BUCHANAN CO COURTHOUSE<br>411 JULES ST<br>SAINT JOSEPH, MO 64501<br>STATUS REVIEW HEARING DATE: 7-14-17<br>@ 8:30AM, DIV 4 |
| Nature of Suit:<br>CC Wrongful Death | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: HARRY ROBERTS
Alias:
COUNTY COMMISSIONER
411 JULES STREET, ROOM 122
ST. JOSEPH, MO 64501

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

__Thursday, April 06, 2017__          __/s/K. DOBOSZ, Deputy Clerk__
Date                                               Clerk

**BUCHANAN COUNTY**

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
- [x] delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
- [ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
- [ ] (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
- [ ] other _____.

Served at _411 Jules_ (address)
in _Buchanan_ (County/City of St. JOSEPH), MO, on _5-3-2017_ (date) at _9:17am_ (time).
_Lonnie Hudson_                    _Lonnie Hudson_
Printed Name of Sheriff or Server         Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

TRACY JEAN CURTIS Subscribed and sworn to before me on _3rd May 2017_ (date).
(Seal) My Commission Expires
November 29, 2020 My commission expires: _11-29-2020_
Andrew County                Date              _Tracy Jean Curtis_
Commission #12419302                            Notary Public

Sheriff's Fee
Summons               $_____
Non Est               $_____
Sheriff's Deputy Salary
Supplemental Surcharge $ 10.00
Mileage               $_____  (_____ miles @ $.____ per mile)
Total                 $_____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) For Court Use Only: Document Id # 17-SMCC-245    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:17-cv-06058-NKL   Document 1-3   Filed 05/08/17   Page 2 of 15



# IN THE 5TH JUDICIAL CIRCUIT COURT, BUCHANAN COUNTY, MISSOURI

| Judge or Division:<br>DANIEL F KELLOGG | Case Number: 17BU-CV01247 |
|---|---|
| Plaintiff/Petitioner:<br>BRENDA DAVIS ET AL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MICHELLE CARPENTER<br>825 FRANCIS ST<br>ST JOSEPH, MO 64504 |
| Defendant/Respondent:<br>BUCHANAN COUNTY, MISSOURI ET AL | Court Address:<br>BUCHANAN CO COURTHOUSE<br>411 JULES ST<br>SAINT JOSEPH, MO 64501 |
| Nature of Suit:<br>CC Wrongful Death | STATUS REVIEW HEARING DATE: 7-14-17<br>@ 8:30AM, DIV 4 |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: DAN HAUSMAN
Alias:
FORMER COUNTY COMMISSIONER
5102 COOK ROAD RR9
ST JOSEPH, MO 64505

**COURT SEAL OF BUCHANAN COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**Thursday, April 06, 2017**      /s/K. DOBOSZ, Deputy Clerk
Date                                  Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☑ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____

Served at 5102 Cook _____ (address)
in Buchanan (County/City of St. JOSEPH, MO, on 5-3-2017 (date) at 12:17 pm (time).
Lonnie Hudson _____ /s/ _____
Printed Name of Sheriff or Server               Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on 3rd May 2017 (date).
My commission expires: 11-29-2020     Tracy Jean Curtis
Date                                Notary Public

(Seal) TRACY JEAN CURTIS
My Commission Expires
November 29, 2020
Andrew County
Commission #12419302

Sheriff's Fees
Summons      $_____
Non Est      $_____
Sheriff's Deputy Salary
Supplemental Surcharge   $ 10.00
Mileage      $_____ (_____ miles @ $._____ per mile)
Total      $_____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* Document Id # 17-SMCC-246      1 of 1      Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# IN THE 5TH JUDICIAL CIRCUIT COURT, BUCHANAN COUNTY, MISSOURI

| Judge or Division:<br>DANIEL F KELLOGG | Case Number: 17BU-CV01247 |
|---|---|
| Plaintiff/Petitioner:<br>BRENDA DAVIS ET AL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MICHELLE CARPENTER<br>825 FRANCIS ST<br>ST JOSEPH, MO 64504 |
| Defendant/Respondent:<br>BUCHANAN COUNTY, MISSOURI ET AL | Court Address:<br>BUCHANAN CO COURTHOUSE<br>411 JULES ST |
| Nature of Suit:<br>CC Wrongful Death | SAINT JOSEPH, MO 64501<br>STATUS REVIEW HEARING DATE: 7-14-17<br>@ 8:30AM, DIV 4 |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: RON HOOK
Alias:

COUNTY COMMISSIONER
411 JULES STREET, ROOM 122
ST. JOSEPH, MO 64501

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_Thursday, April 06, 2017_         /s/K. DOBOSZ, Deputy Clerk
Date                                                Clerk

**BUCHANAN COUNTY**         Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
[✓] delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
[ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
[ ] (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
[ ] other _____.
Served at _411 Jules_ (address)
in _Buchanan_ (County/City of St. JOSEPH), MO, on _5-3-2017_ (date) at _9:17am_ (time).
_Lorrie Hudson_                    _/s/ Lorrie Hudson_
Printed Name of Sheriff or Server        Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _3rd May 2017_ (date).
My commission expires: _11-29-2020_     _/s/ Tracy Jean Curtis_
                        Date                    Notary Public

TRACY JEAN CURTIS
My Commission Expires
November 29, 2020
Andrew County
Commission #12419302

Sheriff's Fees
Summons            $_____
Non Est            $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $ 10.00
Mileage            $_____ (_____ miles @ $_____ per mile)
Total              $_____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) For Court Use Only: Document Id # 17-SMCC-247    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:17-cv-06058-NKL   Document 1-3   Filed 05/08/17   Page 4 of 15



# IN THE 5TH JUDICIAL CIRCUIT COURT, BUCHANAN COUNTY, MISSOURI

| Judge or Division:<br>DANIEL F KELLOGG | Case Number: 17BU-CV01247 |
|---|---|
| Plaintiff/Petitioner:<br>BRENDA DAVIS ET AL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MICHELLE CARPENTER<br>825 FRANCIS ST<br>ST JOSEPH, MO 64504 |
| Defendant/Respondent:<br>BUCHANAN COUNTY, MISSOURI ET AL | Court Address:<br>BUCHANAN CO COURTHOUSE<br>411 JULES ST<br>SAINT JOSEPH, MO 64501<br>STATUS REVIEW HEARING DATE: 7-14-17<br>@ 8:30AM, DIV 4 |
| Nature of Suit:<br>CC Wrongful Death | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: MIKE STRONG
Alias:
FORMER SHERIFF-BUCHANAN COUNTY
1701 NW 26TH ROAD
ST JOSEPH, MO 64503

COURT SEAL OF

BUCHANAN COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_Thursday, April 06, 2017_     /s/ K. DOBOSZ, Deputy Clerk
Date                              Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)

☑ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____

Served at 401 Edmond (address)
in Buchanan (County/City of St. JOSEPH), MO, on 4-13-2017 (date) at 12:01 pm (time).

Loenie Hudson
Printed Name of Sheriff or Server        Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on 3rd May 2017 (date).

(Seal) TRACY JEAN CURTIS
My Commission Expires commission expires: 11-29-2020
November 29, 2020                          Date          Tracy Jean Curtis, Notary Public
SEAL Sheriff's Fees Andrew County
Summons Commission #12419392
Non Est                $_____
Sheriff's Deputy Salary
Supplemental Surcharge $   10.00
Mileage                $_____ (_____ miles @ $_____ per mile)
Total                  $_____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* Document Id # 17-SMCC-248    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:17-cv-06058-NKL   Document 1-3   Filed 05/08/17   Page 5 of 15



# IN THE 5TH JUDICIAL CIRCUIT COURT, BUCHANAN COUNTY, MISSOURI

| Judge or Division:<br>DANIEL F KELLOGG | Case Number: 17BU-CV01247 |
|---|---|
| Plaintiff/Petitioner:<br>BRENDA DAVIS ET AL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MICHELLE CARPENTER<br>825 FRANCIS ST<br>ST JOSEPH, MO 64504 |
| Defendant/Respondent:<br>BUCHANAN COUNTY, MISSOURI ET AL | Court Address:<br>BUCHANAN CO COURTHOUSE<br>411 JULES ST<br>SAINT JOSEPH, MO 64501<br>STATUS REVIEW HEARING DATE: 7-14-17<br>@ 8:30AM, DIV 4 |
| Nature of Suit:<br>CC Wrongful Death | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: JODY HOVEY
Alias:
FORMER BUCHANAN COUNTY JAIL
ADMINISTRATOR
12280 SE HWY 169
GOWER, MO 64454

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_Thursday, April 06, 2017_  /s/K. DOBOSZ, Deputy Clerk
Date                         Clerk

**BUCHANAN COUNTY**

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
[X] delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
[ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
[ ] (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
[ ] other _____
Served at 12280 SW Hwy 169 (address)
in Buchanan (County/City of St. JOSEPH), MO, on 5-3-2017 (date) at 11:22 AM (time).
Lorrie Hudson
Printed Name of Sheriff or Server     Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
TRACY JEAN CURTIS
(Seal) Subscribed and sworn to before me on 3rd May 2017 (date).
My Commission Expires
November 29, 2020 My commission expires: 11-29-2020
Andrew County                Date                    Tracy Jean Curtis
Commission #12419302                                 Notary Public

Sheriff's Fees
Summons                  $_____
Non Est                  $_____
Sheriff's Deputy Salary
Supplemental Surcharge   $ 10.00
Mileage                  $_____ (_____ miles @ $._____ per mile)
Total                    $_____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) For Court Use Only: Document Id # 17-SMCC-249    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20, 506.120 – 506.140, and 506.150 RSMo

Case 5:17-cv-06058-NKL   Document 1-3   Filed 05/08/17   Page 6 of 15

Return

Electronically Filed - Buchanan - May 03, 2017 - 01:53 PM



# IN THE 5TH JUDICIAL CIRCUIT COURT, BUCHANAN COUNTY, MISSOURI

| Judge or Division: DANIEL F KELLOGG | Case Number: 17BU-CV01247 |
|---|---|
| Plaintiff/Petitioner: BRENDA DAVIS ET AL vs. | Plaintiff's/Petitioner's Attorney/Address MICHELLE CARPENTER 825 FRANCIS ST ST JOSEPH, MO 64504 |
| Defendant/Respondent: BUCHANAN COUNTY, MISSOURI ET AL | Court Address: BUCHANAN CO COURTHOUSE 411 JULES ST SAINT JOSEPH, MO 64501 |
| Nature of Suit: CC Wrongful Death | STATUS REVIEW HEARING DATE: 7-14-17 @ 8:30AM, DIV 4 |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: BRIAN GROSS
Alias:
BUCHANAN COUNTY SHERIFF DEPARTMENT DEPUTY
501 FARAON
ST JOSEPH, MO 64501

COURT SEAL OF
BUCHANAN COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_Thursday, April 06, 2017_     /s/K. DOBOSZ, Deputy Clerk
Date                                             Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☑ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
☐ other _____

Served at _411 Jules_ (address)
in _Buchanan_ (County/City of St. JOSEPH), MO, on _5-3-2017_ (date) at _9:15 AM_ (time).

_Lorrie Hudson_          _Lorrie Hudson_
Printed Name of Sheriff or Server        Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _3rd May 2017_ (date).
My commission expires: _11-29-2020_     _Tracy Jean Curtis_
Date                         Notary Public

TRACY JEAN CURTIS
(Seal) My Commission Expires
November 29, 2020
Andrew County
Commission #12419302

Sheriff's Fees
Summons $_____
Non Est $_____
Sheriff's Deputy Salary
Supplemental Surcharge $ 10.00
Mileage $_____ (_____ miles @ $._____ per mile)
Total $_____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) For Court Use Only: Document Id # 17-SMCC-250     1 of 1     Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:17-cv-06058-NKL    Document 1-3    Filed 05/08/17    Page 7 of 15



# IN THE 5TH JUDICIAL CIRCUIT COURT, BUCHANAN COUNTY, MISSOURI

| Judge or Division:<br>DANIEL F KELLOGG | Case Number: 17BU-CV01247 |
|---|---|
| Plaintiff/Petitioner:<br>BRENDA DAVIS ET AL<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MICHELLE CARPENTER<br>825 FRANCIS ST<br>ST JOSEPH, MO 64504 |
| Defendant/Respondent:<br>BUCHANAN COUNTY, MISSOURI ET AL | Court Address:<br>BUCHANAN CO COURTHOUSE<br>411 JULES ST<br>SAINT JOSEPH, MO 64501<br>STATUS REVIEW HEARING DATE: 7-14-17<br>@ 8:30AM, DIV 4 |
| Nature of Suit:<br>CC Wrongful Death | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: NATALIE A BRANSFIELD
Alias:
BUCHANAN COUNTY SHERIFF
DEPARTMENT BOOKING OFFICER
501 FARAON
ST JOSEPH, MO 64501

COURT SEAL OF
BUCHANAN COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

Thursday, April 06, 2017      /s/K. DOBOSZ, Deputy Clerk
Date                           Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☑ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____
Served at 501 Faraon (address)
in Buchanan (County/City of St. JOSEPH), MO, on 5-3-2017 (date) at 2:09 pm (time).

Lorrie Hudson                          _____
Printed Name of Sheriff or Server      Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on 3rd May 2017 (date).

TRACY JEAN CURTIS
My Commission Expires
November 29, 2020    commission expires: 11-29-2020
Andrew County                Date                Notary Public
Commission #12419302

Sheriff's Fees
Summons              $_____
Non Est              $_____
Sheriff's Deputy Salary
Supplemental Surcharge $  10.00
Mileage              $_____ (____ miles @ $_____ per mile)
Total                $_____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) For Court Use Only: Document Id # 17-SMCC-251     1 of 1     Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:17-cv-06058-NKL   Document 1-3   Filed 05/08/17   Page 8 of 15



# IN THE 5TH JUDICIAL CIRCUIT COURT, BUCHANAN COUNTY, MISSOURI

| Judge or Division: <br> DANIEL F KELLOGG | Case Number: 17BU-CV01247 |
|---|---|
| Plaintiff/Petitioner: <br> BRENDA DAVIS ET AL <br><br> vs. | Plaintiff's/Petitioner's Attorney/Address <br> MICHELLE CARPENTER <br> 825 FRANCIS ST <br> ST JOSEPH, MO 64504 |
| Defendant/Respondent: <br> BUCHANAN COUNTY, MISSOURI ET AL | Court Address: <br> BUCHANAN CO COURTHOUSE <br> 411 JULES ST <br> SAINT JOSEPH, MO 64501 <br> **STATUS REVIEW HEARING DATE: 7-14-17 @ 8:30AM, DIV 4** |
| Nature of Suit: <br> CC Wrongful Death | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: DUSTIN NAUMAN
Alias:

BUCHANAN COUNTY SHERIFF
DEPARTMENT
501 FARAON
ST JOSEPH, MO 64501

**COURT SEAL OF BUCHANAN COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**Thursday, April 06, 2017**      **/s/K. DOBOSZ, Deputy Clerk**
Date      Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
- [x] delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
- [ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
- [ ] (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
- [ ] other _____

Served at _501 Faraon_ (address)
in _Buchanan_ (County/City of St. JOSEPH), MO, on _5-3-2017_ (date) at _1:11 PM_ (time).

_Lonnie Hudson_      _Lonnie Hudson_
Printed Name of Sheriff or Server      Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _3rd May 2017_ (date).

TRACY JEAN CURTIS
My Commission Expires
November 28, 2020
Andrew County
Commission #12419302

My commission expires: _11-29-2020_      _Tracy Jean Curtis_
Date      Notary Public

Sheriff's Fees
Summons $_____
Non Est $_____
Sheriff's Deputy Salary
Supplemental Surcharge $ 10.00
Mileage $_____ (_____ miles @ $_____ per mile)
Total $_____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* Document Id # 17-SMCC-252     1 of 1     Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:17-cv-06058-NKL Document 1-3 Filed 05/08/17 Page 9 of 15



# IN THE 5TH JUDICIAL CIRCUIT COURT, BUCHANAN COUNTY, MISSOURI

| | |
|---|---|
| **Judge or Division:** DANIEL F KELLOGG | **Case Number:** 17BU-CV01247 |
| **Plaintiff/Petitioner:** BRENDA DAVIS ET AL vs. | **Plaintiff's/Petitioner's Attorney/Address** MICHELLE CARPENTER 825 FRANCIS ST ST JOSEPH, MO 64504 |
| **Defendant/Respondent:** BUCHANAN COUNTY, MISSOURI ET AL | **Court Address:** BUCHANAN CO COURTHOUSE 411 JULES ST SAINT JOSEPH, MO 64501 **STATUS REVIEW HEARING DATE: 7-14-17 @ 8:30AM, DIV 4** |
| **Nature of Suit:** CC Wrongful Death | |

## Summons in Civil Case

The State of Missouri to: ADVANCED CORRRECTIONAL HEALTHCARE BUCHANAN CO LAW CENTER
Alias:
501 FARAON
ST JOSEPH, MO 64501

SERVE REGISTERED AGENT:
CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON, MISSOURI 63105

**COURT SEAL OF BUCHANAN COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

Thursday, April 06, 2017          /s/K. DOBOSZ, Deputy Clerk
         Date                               Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
Bennie Lord (name) Intake Special[ist] (title).
☐ other _____
Served at 120 S. Central (address)
in County of St Louis (County/City of St. ~~JOSEPH~~), MO, on 4/10/17 (date) at 3:55 p.m. (time).

Robert Pedroli
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on 4-10-17 (date).
My commission expires: 6-26-20
         Date                              Notary Public

(Seal)

| Sheriff's Fees | |
|---|---|
| Summons | $ |
| Non Est | $ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $ ____ ( ___ miles @ $ ___ per mile) |
| Total | $ |

JAY R. BURNS
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: June 26, 2020
Commission Number: 12495017

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* Document Id # 17-SMCC-253     1 of 1     Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:17-cv-06058-NKL   Document 1-3   Filed 05/08/17   Page 10 of 15



# IN THE 5TH JUDICIAL CIRCUIT COURT, BUCHANAN COUNTY, MISSOURI

| Judge or Division: | Case Number: 17BU-CV01247 |
|---|---|
| DANIEL F KELLOGG | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address |
| BRENDA DAVIS ET AL | MICHELLE CARPENTER |
| | 825 FRANCIS ST |
| vs. | ST JOSEPH, MO 64504 |
| Defendant/Respondent: | Court Address: |
| BUCHANAN COUNTY, MISSOURI ET AL | BUCHANAN CO COURTHOUSE |
| | 411 JULES ST |
| Nature of Suit: | SAINT JOSEPH, MO 64501 |
| CC Wrongful Death | STATUS REVIEW HEARING DATE: 7-14-17 |
| | @ 8:30AM, DIV 4 |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: CATHERINE M VAN VOORN, MD
Alias:
201 W BROADWAY #2G
COLUMBIA, MO 65203

**COURT SEAL OF BUCHANAN COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

Thursday, April 06, 2017       /s/K. DOBOSZ, Deputy Clerk
Date                             Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☑ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
☐ other _____.

Served at 819 W. ROLLINS COLUMBIA (address)
in BOONE (County)/City of St. JOSEPH), MO, on 4-20-17 (date) at 5:55 pm (time).
_____ /s/ _____
Printed Name of Sheriff or Server       Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on 4-26-17 (date).
(Seal)
My commission expires: 4-19-2020
                        Date                Notary Public

| Sheriff's Fees | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ 10.00 | |
| Mileage | $_____ ( _____ miles @ $_____ per mile) | |
| Total | $ | |

CHARLES P. CUNNINGHAM
Notary Public - Notary Seal
STATE OF MISSOURI
Boone County
My Commission Expires: April 19, 2020
Commission # 12382062

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* Document Id # 17-SMCC-254    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# IN THE 5TH JUDICIAL CIRCUIT COURT, BUCHANAN COUNTY, MISSOURI

| Judge or Division:<br>DANIEL F KELLOGG | Case Number: 17BU-CV01247 |
|---|---|
| Plaintiff/Petitioner:<br>BRENDA DAVIS ET AL<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MICHELLE CARPENTER<br>825 FRANCIS ST<br>ST JOSEPH, MO 64504 |
| Defendant/Respondent:<br>BUCHANAN COUNTY, MISSOURI ET AL | Court Address:<br>BUCHANAN CO COURTHOUSE<br>411 JULES ST<br>SAINT JOSEPH, MO 64501<br>STATUS REVIEW HEARING DATE: 7-14-17<br>@ 8:30AM, DIV 4 |
| Nature of Suit:<br>CC Wrongful Death | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: ANN MARIE SLAGLE, LPN
Alias:
BUCHANAN COUNTY LAW ENFORCEMENT
CENTER
501 FARAON
ST JOSEPH, MO 64501

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**Thursday, April 06, 2017**     /s/K. DOBOSZ, Deputy Clerk
Date                             Clerk

**BUCHANAN COUNTY**    Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

- [x] delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
- [ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
- [ ] (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
- [ ] other _____

Served at  411 Jules  (address)
in  Buchanan  (County/City of St. JOSEPH), MO, on  5 3 2017  (date) at  2:09 PM  (time).
  Lonnie Hudson  
Printed Name of Sheriff or Server       Signature of Sheriff or Server

TRACY JEAN CURTIS Must be sworn before a notary public if not served by an authorized officer:
My Commission Expires Subscribed and sworn to before me on  3rd May 2017  (date).
(Seal) November 29, 2020
Andrew County My commission expires:  11-29-2020         Tracy Jean Curtis
Commission #12419302                    Date                Notary Public

Sheriff's Fees
Summons              $_____
Non Est              $_____
Sheriff's Deputy Salary
Supplemental Surcharge $  10.00
Mileage              $_____  ( ____ miles @ $.____ per mile)
Total                $_____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* Document Id # 17-SMCC-255    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# IN THE 5TH JUDICIAL CIRCUIT COURT, BUCHANAN COUNTY, MISSOURI

| Judge or Division:<br>DANIEL F KELLOGG | Case Number: 17BU-CV01247 |
|---|---|
| Plaintiff/Petitioner:<br>BRENDA DAVIS ET AL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MICHELLE CARPENTER<br>825 FRANCIS ST<br>ST JOSEPH, MO 64504 |
| Defendant/Respondent:<br>BUCHANAN COUNTY, MISSOURI ET AL | Court Address:<br>BUCHANAN CO COURTHOUSE<br>411 JULES ST<br>SAINT JOSEPH, MO 64501 |
| Nature of Suit:<br>CC Wrongful Death | STATUS REVIEW HEARING DATE: 7-14-17<br>@ 8:30AM, DIV 4 |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: RYAN CREWS, WARDEN
Alias:
MISSOURI DEPARTMENT OF
CORRECTIONS
WESTERN RECEPTION DIAGNOSTIC
CENTER
3401 FARAON ST
SAINT JOSEPH, MO 64506

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**Thursday, April 06, 2017**       /s/K. DOBOSZ, Deputy Clerk
Date                                Clerk

BUCHANAN COUNTY       Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☑ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____.
Served at 3401 Faraon (address)
in Buchanan (County/City of St. JOSEPH), MO, on 5-3-2017 (date) at 12:51 pm (time).
Lorrie Hudson
Printed Name of Sheriff or Server       Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on 3rd May 2017 (date).
My commission expires: 11-29-2020       Tracy Jean Curtis
                                         Date       Notary Public

TRACY JEAN CURTIS
(Seal) My Commission Expires
November 29, 2020
Andrew County
Commission #12419302

Sheriff's Fee
Summons             $_____
Non Est             $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $ 10.00
Mileage             $_____ ( ____ miles @ $____ per mile)
Total               $_____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) For Court Use Only: Document Id # 17-SMCC-256      1 of 1      Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:17-cv-06058-NKL   Document 1-3   Filed 05/08/17   Page 13 of 15



# IN THE 5TH JUDICIAL CIRCUIT COURT, BUCHANAN COUNTY, MISSOURI

| Judge or Division: DANIEL F KELLOGG | Case Number: 17BU-CV01247 |
|---|---|
| Plaintiff/Petitioner: BRENDA DAVIS ET AL vs. | Plaintiff's/Petitioner's Attorney/Address MICHELLE CARPENTER 825 FRANCIS ST ST JOSEPH, MO 64504 |
| Defendant/Respondent: BUCHANAN COUNTY, MISSOURI ET AL | Court Address: BUCHANAN CO COURTHOUSE 411 JULES ST SAINT JOSEPH, MO 64501 |
| Nature of Suit: CC Wrongful Death | STATUS REVIEW HEARING DATE: 7-14-17 @ 8:30AM, DIV 4 |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: CORIZON HEALTH, INC
Alias:
WESTERN RECEPTION DIAGNOSTIC CENTER
3401 FARAON
ST JOSEPH, MO 64501

SERVE REGISTERED AGENT:
CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON, MISSOURI 63105

COURT SEAL OF BUCHANAN COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**Thursday, April 06, 2017**     /s/K. DOBOSZ, Deputy Clerk
Date                                        Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
Bonnie Love (name) Intake Specialist (title).
☐ other
Served at 120 S. Central (address)
in County of St Louis (County/City of St. JOSEPH), MO, on 4/10/17 (date) at 3:55 pm (time).
Robert Pedro
Printed Name of Sheriff or Server     Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on 4-10-17 (date)
(Seal)
My commission expires: 6-26-20
Date     Notary Public

### Sheriff's Fees
| | |
|---|---|
| Summons | $ |
| Non Est | $ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $ _____ (_____ miles @ $_____ per mile) |
| Total | $ |

JAY R. BURNS
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: June 26, 2020
Commission Number: 12495017

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) For Court Use Only: Document Id # 17-SMCC-257     1 of 1     Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# IN THE 5TH JUDICIAL CIRCUIT COURT, BUCHANAN COUNTY, MISSOURI

| Judge or Division: | Case Number: 17BU-CV01247 |
|---|---|
| DANIEL F KELLOGG | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address |
| BRENDA DAVIS ET AL | MICHELLE CARPENTER |
| | 825 FRANCIS ST |
| vs. | ST JOSEPH, MO 64504 |
| Defendant/Respondent: | Court Address: |
| BUCHANAN COUNTY, MISSOURI ET AL | BUCHANAN CO COURTHOUSE |
| | 411 JULES ST |
| Nature of Suit: | SAINT JOSEPH, MO 64501 |
| CC Wrongful Death | STATUS REVIEW HEARING DATE: 7-14-17 |
| | @ 8:30AM, DIV 4 |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: DONNA D EULER, RN
Alias:
1002 W VALLEY STREET
ST JOSEPH, MO 64504

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_Thursday, April 06, 2017_       /s/K. DOBOSZ, Deputy Clerk
Date                                             Clerk

**BUCHANAN COUNTY**       Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☑ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____

Served at _1002 W Valley St_ (address)
in _Buchanan_ (County/City of St. JOSEPH), MO, on _5-3-2017_ (date) at _9:50 AM_ (time).
_Lorrie Hudson_                         _/s/ Lorrie Hudson_
Printed Name of Sheriff or Server            Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _3rd May 2017_ (date).

TRACY JEAN CURTIS
My Commission Expires
November 29, 2020
Andrew County    My commission expires: _11-29-2020_    _/s/ Tracy Jean Curtis_
Commission #12419302                Date                    Notary Public

**Sheriff's Fees**
Summons              $ _____
Non Est              $ _____
Sheriff's Deputy Salary
Supplemental Surcharge $ 10.00
Mileage              $ _____ ( ____ miles @ $ ____ per mile)
Total                $ _____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) For Court Use Only: Document Id # 17-SMCC-258    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo