JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| Brenda Davis ; | Buchanan County, Missouri ; |
| **County of Residence:** Buchanan County | **County of Residence:** Buchanan County |
| | |
| Additional Plaintiff(s): | Additional Defendants(s): |
| Frederick Stufflebean ; | Harry Roberts ; |
| | Dan Hausman ; |
| | Ron Hook ; |
| | Mike Strong ; |
| | Jody Hovey ; |
| | Brian Gross ; |
| | Natalie A. Bransfield ; |
| | Dustin Nauman ; |
| | Advanced Correctional Healthcare ; |
| | Catherine M. Van Voorn ; |
| | Ann Marie Slagle ; |
| | Warden Ryan Crews ; |
| | Corizon Health, Inc. ; |
| | Donna D. Euler ; |

**County Where Claim For Relief Arose:** Buchanan County

| **Plaintiff's Attorney(s):** | **Defendant's Attorney(s):** |
|---|---|
| Michelle D. Carpenter (Brenda Davis) | David S. Baker ( Buchanan County, Missouri) |
| Kranitz, Sadoun & Carpenter, P.C. | Fisher, Patterson, Sayler & Smith, LLP |
| 825 Francis Street | 9229 Ward Parkway, Suite 370 |
| St. Joseph, Missouri 64501 | Kansas City, Missouri 64114 |
| **Phone:** 816-232-4409 | **Phone:** 816-523-4667 |
| **Fax:** 816-232-8558 | **Fax:** 816-523-5667 |
| **Email:** mcarpenter@kranitzlaw.com | **Email:** dbaker@fisherpatterson.com |
| | |
| Pamela K. Blevins (Frederick Stufflebean) | Tracee L. Norfleet (Donna Euler) |
| Law Office of Pam Blevins, LLC | Fisher, Patterson, Sayler & Smith, LLP |
| 510 N. 4th Street | 9393 West 110th Street, Suite 300 |
| St. Joseph, Missouri 64501 | Overland Park, Kansas 66210 |
| **Phone:** 816-273-0151 | **Phone:** 913-339-6757 |
| **Fax:** 816-273-0149 | **Fax:** 913-339-6187 |
| **Email:** pam@pamblevinslaw.com | **Email:** tnorfleet@fisherpatterson.com |

Case 5:17-cv-06058-NKL   Document 1-4   Filed 05/08/17   Page 1 of 2

John R. Hicks (Donna Euler)
Norris, Keplinger LLC
9225 Indian Creek Parkway, Suite 750
Overland Park, Kansas 66210
**Phone:** 913-663-2000
**Fax:** 913-663-2006
**Email:** jhicks@nkfirm.com

Roger W. Slead (Donna Euler)
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
**Phone:** 816-421-0700
**Fax:** 816-421-0899
**Email:** rslead@hab-law.com

Diane Peters (Donna Euler)
Attorney General's Office
615 E. 13th Street, Suite 401
Kansas City, Missouri 64106
**Phone:** 816-838-2285
**Fax:** 816-889-5006
**Email:** Diane.Peters@ago.mo.gov

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
　　**Plaintiff:** N/A
　　**Defendant:** N/A

**Origin:** 2. Removed From State Court
　　**State Removal County:** Buchanan County
　　**State Removal Case Number:** 17BU-CV01247
**Nature of Suit:** 360 Other Personal Injury Actions
**Cause of Action:** 42 U.S.C. § 1983
**Requested in Complaint**
　　**Class Action:** Not filed as a Class Action
　　**Monetary Demand (in Thousands):** Excess of $25,000
　　**Jury Demand:** No
　　**Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** David S. Baker

**Date:** 5-8-17

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.