# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| BRENDA DAVIS, et al., | ) |
| | ) |
| Plaintiffs, | ) Case No.: 5:17-cv-06058-SWH |
| | ) |
| v. | ) |
| | ) |
| BUCHANAN COUNTY, MISSOURI, et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

**COMES NOW** Jeffrey A. Bullins of Simpson, Logback, Lynch, Norris P.A., and hereby enters his appearance as counsel on behalf of Defendant Michelle L. Munger.

Respectfully Submitted

SIMPSON, LOGBACK, LYNCH, NORRIS, P.A.

By: */s/ Jeffrey A. Bullins*
Jeffrey A. Bullins, MO #51739
7400 West 110th Street, Suite 600
Overland Park, Kansas 66210
Telephone: (913) 342-2500
Facsimile: (913) 342-0603
E-mail: jbullins@slln.com
**ATTORNEY FOR DEFENDANT
MICHELLE MUNGER**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing was served, via the Court's electronic filing system, this 11th day of January 2019, to all counsel of record, and that an original signed copy is maintained by my office in accordance with Missouri Rules of Civil Procedure.

                                              */s/ Jeffrey A. Bullins*
                                              Attorney