IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| BRENDA DAVIS, et al., | ) | |
| Plaintiffs, | ) | Case No.: 5:17-cv-06058-SJ-NKL |
| | ) | |
| v. | ) | |
| | ) | ORAL ARGUMENT REQUESTED |
| BUCHANAN COUNTY, MISSOURI, et al., | ) | |
| Defendants. | ) | |

## DEFENDANTS DR. CATHERINE VAN VOORN, ANN SLAGLE, AND APRIL HELSEL'S MOTION TO DISMISS BASED ON QUALIFIED IMMUNITY

COME NOW defendants Dr. Catherine Van Voorn, Ann Slagle, and April Helsel, by and through the undersigned counsel, and move this Court for an order dismissing plaintiffs' claims on the basis of qualified immunity. Defendants contemporaneously submit herewith their *Suggestions in Support* of this Motion to Dismiss.

WHEREFORE, defendants Dr. Catherine Van Voorn, Ann Slagle, and April Helsel respectfully request this Court grant their Motion to Dismiss Based on Qualified Immunity.

        **NORRIS KEPLINGER**
        **HICKS & WELDER, LLC**

        By: */s/ John Hicks*
        John Hicks, jh@nkfirm.com, #53584
        Emily Tung, etung@nkfirm.com, #68177
        9225 Indian Creek Parkway, Suite 750
        Overland Park, Kansas 66210
        (913) 663-2000/(913) 663-2006 FAX
        ATTORNEYS FOR DEFENDANTS APRIL
        POWERS, ANN MARIE SLAGLE, CATHERINE
        VAN VOORN, ADVANCED CORRECTIONAL
        HEALTHCARE

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 2nd day of July, 2019, the above and foregoing document was filed and served on counsel of record via the Court's ECF system.

                                        /s/ John Hicks
                              Attorney for Defendant Advanced Correctional Healthcare, Inc.